393 A.2d 1294

Mastowski et ux., Appellants, v. Everett Cash Mutual Insurance Company et al.

Argued April 10, 1978. William J. Ober, with him Scales & Shaw, for appellants; Bernard Redlich, with him Redlich, Cassol, Redlich & Morocco, for appellees.

Order affirmed.

HESTER, J., dissented.